August 26, 2014



# JUDGMENT

## The Fourteenth Court of Appeals

INDUSTRIAL III, INC., Appellant

NO. 14-13-00386-CV                 V.

KENNETH BURNS, II, MELC LIQUIDATING, INC. F/K/A MELCO
BLOWOUT PREVENTER SPECIALTIES, INC., TI-LIQUIDATING, INC.,
F/K/A TOWNSEND INTERNATIONAL BOP'S, INC., AND CAMERON
INTERNATIONAL CORPORATION F/K/A COOPER CAMERON
CORPORATION, Appellees

_____

This cause, an appeal from the judgment in favor of appellees, Kenneth Burns, II, MELC Liquidating, Inc. f/k/a Melco Blowout Preventer Specialties, Inc., TI-Liquidating, Inc., f/k/a Townsend International BOP's, Inc., and Cameron International Corporation f/k/a Cooper Cameron Corporation, signed January 30, 2013, was heard on the transcript of the record. We have inspected the record and find no error in the judgment. We order the judgment of the court below **AFFIRMED**.

We order appellant, Industrial III, Inc., to pay all costs incurred in this appeal.

We further order this decision certified below for observance.